# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **KASSANDRA SINGLETON,** | ) | CASE NO. 1:22 CV 1181 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | |
| **DEBORAH MCDONALD, et al.,** | ) | JUDGMENT ENTRY |
| | ) | |
| **Defendants.** | ) | |

For the reasons stated in this Court's Memorandum of Opinion, this action is dismissed pursuant to 28 U.S.C. §1915(e). Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

/s David A. Ruiz
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE

Date: November 4, 2022