# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| KASSANDRA SINGLETON ) | CASE NO. 1:22-CV-1181 |
| ) | |
| Plaintiff, ) | JUDGE DAVID A RUIZ |
| ) | |
| v. ) | |
| ) | |
| CITY OF CLEVELAND, et al., ) | |
| ) | |
| Defendants. ) | |

## RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT

On July 5, 2022, Plaintiff filed a Complaint in the above-captioned case. On October 14, 2022, Defendants filed their Answer to the Complaint as well as a Motion to Dismiss pursuant to Rule 12(b)(l), Rule 12(b)(4), Rule 12(b)(5), and Rule 12(b)(6) of the Federal Rules of Civil Procedure. On November 4, 2022, this Court entered a Memorandum Opinion and Order dismissing the action pursuant to U.S.C. §1915(e). The Court further certified pursuant to U.S.C. §1915(a)(3) that an appeal from the decision could not be taken in good faith. On November 20, 2022, Plaintiff filed a Motion requesting an extension of time to amend the Complaint.

Defendants oppose Plaintiff's motion, as there is no provision in the Federal Rules of Civil Procedure that allows a plaintiff to amend a complaint after it has been dismissed pursuant to U.S.C. §1915(e) and U.S.C. §1915(a)(3), let alone to file a Motion for an Extension of Time to file an amended complaint. Therefore Defendants respectfully request that the Court deny Plaintiff's motion.

        Respectfully submitted,

        MARK GRIFFIN, 0064141
        DIRECTOR OF LAW

BY:    */s/ Jeremy L. Klein*
        Jeremy L. Klein (0098183)
        Assistant Director of Law
        Tiffany Fischbach (0083348)
        Assistant Director of Law
        City of Cleveland Law Department
        601 Lakeside Avenue, Room 106
        Cleveland, Ohio 44114-1077
        Phone: (216) 664-2683
        E-mail: jklein@clevelandohio.gov
        tfischbach@clevelandohio.gov

## CERTIFICATE OF SERVICE

I certify the above Response to Plaintiff's Motion for Extension of Time to Amend Complaint was filed electronically this 28th day of November, 2022.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. This Motion to Dismiss is being served upon Plaintiff Kassandra Singleton at the following address:

Kassandra Singleton
19560 Euclid Avenue #200
Euclid, OH 44117

This Motion to Dismiss is also being served upon Plaintiff Kassandra Singleton via email at kayk32@msn.com. Parties may access this filing through the Court's system.

Respectfully Submitted,

BY:  /s/ Jeremy L. Klein
Jeremy L. Klein (0098183)
Assistant Director of Law
Tiffany Fischbach (0083348)
Assistant Director of Law
City of Cleveland Law Department
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Phone: (216) 664-2683
E-mail: jklein@clevelandohio.gov
tfischbach@clevelandohio.gov

Counsel for Defendants