| | |
|---|---|
| **KASSANDRA SINGLETON** | Case No._1:22-CV-1181___ |
| 19360 Euclid Ave. #200 | |
| Euclid, OH 44117 | FILED |
| Plaintiff, | NOV 10 2022 |
| | CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF OHIO<br>CLEVELAND |
| | **JUDGE**___DAVID A RUIZ__ |
| -vs- | |
| **DEBORAH MCDONALD** | Plaintiff's Motion for extension of time to amend complaint is DENIED. |
| in her official capacity; manager | IT IS SO ORDERED. |
| 1200 Ontario Ave. | s/*David A. Ruiz* |
| Cleveland, OH 44113, | U.S. District Judge<br>November 29, 2022 |
| | |
| **DEAN JENKINS** | |
| in his official capacity, chief probation officer | |
| 1200 Ontario Ave. | |
| Cleveland, OH 44113, and | |
| | |
| **CITY OF CLEVELAND** | |
| as the employer, | |
| 601 Lakeside Ave. Rm. 106 | |
| Cleveland, OH 44114 | |
| Defendants. | |

I Kassandra Singleton would respectfully request to the Honorable Court for a continuance to my federal case; case number 1:22-CV-1181. I am requesting additional time to amend my original complaint and seek counsel for representation. May I please request a continuance to mid December or the first of the year 2023. Thanking you in advance for your consideration to this matter.

Respectfully submitted
Kassandra M. Singleton